THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BECKETT, Appellant.— Motion to dismiss appeal granted, and appeal dismissed. Lazansky, P. J., Rich, Kapper and Hagarty, JJ., concur; Scudder, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD MARCLEY, Respondent, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NELLIE McCOY, Respondent, v. GEORGE P. DOWNEY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ROBERT S. WATTS, Respondent, v. MAHLSTEDT-STEEN SECURITIES CORPORATION, Appellant.— Motion for stay granted by consent. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

DOMENICO BERLEN, Respondent, v. ROBBINS DRY DOCK AND REPAIR COMPANY and ERIE BASIN TOWING AND HOISTING COMPANY, Appellants.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

GRACE BLISS, Appellant, v. WILLIAM HAMILTON, Respondent.— Order denying plaintiff's motion for summary judgment under rule 113 of the Rules of Civil Practice reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave, however, to defendant to move for a rehearing of the motion, at which rehearing he may interpose an affidavit, as required by rule 113, in which may be incorporated evidentiary facts disclosing a triable fact under the answer herein with respect to the amount due under the bond, or in any other respect. The defendant having interposed no affidavit showing a triable issue, the motion should have been granted. Opportunity should be afforded the defendant to avail himself of his rights under rule 113 if he be so advised and the facts justify his doing so. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant, and CENTRAL NEW ENGLAND RAILWAY COMPANY, Defendant.— Judgment and resettled order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.